IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MICKEY SALINAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LIBERTY MUTUAL GROUP, INC., | ) ) |
| Defendant. | ) Civil Action No. 1:18-CV-147-C |

## ORDER

On this date, the Court considered Defendant's Motion to Cap Attorney's Fees, filed October 12, 2018. There being no response filed in opposition, the Court deems the Motion unopposed and finds that it should be **GRANTED**.

SO ORDERED.

Dated this 3 day of December.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE